Orlando Omar CRUZ, Appellant,

v.

STATE of Missouri, Respondent.

WD 77532

Missouri Court of Appeals,
Western District.

ORDER FILED: JULY 21, 2015

Motion for Rehearing and/or Transfer
to Supreme Court Denied
September 1, 2015

Application for Transfer Denied
October 27, 2015

Daniel Neal McPherson, Jefferson City, MO, Counsel for Respondent

Samuel E. Buffalow, Columbia, MO, Counsel for Appellant

Before Division Three: Karen King Mitchell, P.J., Lisa White Hardwick, Anthony Rex Gabbert, JJ.

### ORDER

Per Curiam:

Orlando Omar Cruz appeals the denial of his Rule 29.15 motion for post-conviction relief after an evidentiary hearing. We affirm. Rule 84.16(b).